UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| FREDRICK W. CONNORS,           )<br>                              )<br>            Plaintiff,          )<br>                              )<br>    v.                        )<br>                              )<br>VERIZON, et al.,              )<br>                              )<br>            Defendants.        )<br>_____) | 3:10-cv-00028-LRH (VPC)<br><br>ORDER |

The Court has considered the Report and Recommendation of United States Magistrate Judge Valerie P. Cooke (#3) entered on March 8, 2010, in which the Magistrate Judge recommends that the Plaintiff's application to *proceed in forma pauperis* be denied and his *pro se* complaint [#1] be dismissed.

The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

/ / /

/ / /

/ / /

/ / /

/ / /

1   ADOPTS AND ACCEPTS the Report and Recommendation of the United States
2 Magistrate Judge (#3); therefore, Plaintiff's application to *proceed in forma pauperis* is DENIED and
3 his *pro se* complaint [#1] is DISMISSED.
4   IT IS FURTHER ORDERED that the Clerk shall enter judgment accordingly.
5   IT IS SO ORDERED.
6   DATED this 12th day of August, 2010.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE